## BOWES v. BOWES

No. 121 PC.

Case below: 43 N.C. App. 586.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 January 1980.

## BROUGHTON v. DuMONT

No. 151 PC.

Case below: 43 N.C. App. 512.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 8 January 1980. Motion of defendant to dismiss appeal for failure to comply with Rules of Appellate Procedure allowed 8 January 1980.

## COMPLEX, INC. v. FURST and FURST v. CAMILCO, INC. and CAMILCO, INC. v. FURST

No. 96 PC.

Case below: 43 N.C. App. 95.

Petition by Furst and the Mezzanottes for discretionary review under G.S. 7A-31 denied 8 January 1980.

## HAGA v. CHILDRESS

No. 119 PC.

Case below: 43 N.C. App. 302.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 8 January 1980.

## IN RE LASSITER

No. 144 PC.

Case below: 43 N.C. App. 525.

Petition for discretionary review under G.S. 7A-31 denied and appeal dismissed 8 January 1980.